IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR124** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **STEPHEN D. JONES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the filing date for filing objections to the Presentence Investigation Report ("PSR") pursuant to paragraph 6 of the Order on Sentencing Schedule (Filing No. 50).

Paragraph 6 of the Order on Sentencing Schedule requires that objections be filed by September 29, 2005. (Filing No. 48). Defense counsel requests five additional days beyond the date appearing in paragraph six. The deadline will be extended to October 6, 2005, and the three-day mailing rule does not apply.

IT IS ORDERED:

1. The Defendant's motion to extend the filing date for filing objections to the PSR pursuant to paragraph 6 of the Order on Sentencing Schedule (Filing No. 50) is granted; and

2. Any objections to the PSR must be filed on or before October 6, 2005, and the three-day mailing rule does not apply.

DATED this 4th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge